CV 16 3219

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
KEVIN GILL, SIERRA WHITLEY
Plaintiffs,

Case #

COMPLAINT

- Against -

DeARCY HALL, J. JURY DEMAND

BLOOM, M.J.

SILVER INVESTORS INC.,
ISSAC TEITELBAUM, MOSHE KHAN,
WALTER CHIAM, MYRKO BAZLIME,
(all officers and/or Employees of SILVER
INVESTORS INC., ISSM PROTECTIVE
SERVICES, ERIC DAVIS of ISSM
PROTECTIVE SERVICES
Defendants,

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 2016 ★
BROOKLYN OFFICE

-------------------------------------------------------X

Plaintiffs, KEVIN GILL, SIERRA WHITLEY by Pro Se, file this complaint of the actions and tactics of the defendants herein, SILVER INVESTORS INC., ISSAC TEITELBAUM, MOSHE KHAN, WALTER CHIAM, MYRKO BAZLIME, (The above persons being officers and/or employees of SILVER INVESTORS INC.), ISSM PROTECTIVE SERVICES, ERIC DAVIS of ISSM PROTECTIVE SERVICES.

NATURE OF THE ACTION

1. This is an action at law to redress the deprivation of rights secured to the plaintiffs' under the colors of statues, ordinances, regulations, customs, and/ or to redress the rights, privileges and immunities secured to the plaintiffs' by everything stated within The United States Constitution; By the Fourth, Fifth, and Fourteenth Amendments, [ and arising under the laws and statutes of the City and State Laws of The State of New York].

JURISDICTION

2. The jurisdiction of this court is invoked pursuant

to 28 U.S.C. § 1343, 28 U.S.C. § 1331 and 28 U.S.C. § 1367, and under the Fourteenth Amendment to the United States Constitution.

3. As the deprivation of rights occurred within the Eastern District of New York, Venue is proper in this district pursuant to 28 U.S.C. § 1391 (b) and (c).

THE PARTIES

4. Plaintiffs are and were at all times material herein residents of the United States and the State of New York.

5. At all relevant times, Defendants Issac Teitelbaum, Moshe Khan, Walter Chaim, Myrko Bazlime, were, upon information and belief, and still are agents, officers or employees of Silver Investors located at 284 Hooper St., Brooklyn, NY 11211. Additionally, a license plate for Myrko Balzime has been recorded as: **CWJ 6861**

6. At all relevant times, Defendant Eric Davis was, upon information and belief, and still is an employee of I.S.S.M Protective Services. Headquarters: 45 Forshay Road, Monsey N.Y. 10952. Branch office: 679 McDonald Ave. Brooklyn, N.Y. 11218.

FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

7. On or around March 2, 2015, at approximately 3:20 p.m., defendants Moshe Khan and Walter Chaim, acting in concert and without legitimate purpose, did enter Plaintiffs' residence - 2362 Atlantic Av. Brooklyn N.Y. 11233 PH - with the intention of dispossessing the plaintiffs' of their home and property. Walter Chaim and Moshe Khan falsely claimed they were the owners of Plaintiffs' home and property. Walter Chaim (AKA Joseph) called the 73rd precinct; and, subsequently plaintiff Kevin Gill was arrested for trespassing on his own property by P.O.M. Dawkins. Plaintiff Whitley was told to leave by Police officer Does, and said defendants. Plaintiff

Whitley had to sneak back inside her residence and was locked inside her home by defendants Walter Chaim, Moshe Khan, Myrko Bazlime, and unknown light skinned negro (hereon referred to John Doe #1.). Previous to this date, Plaintiffs' had never seen or met any of the defendants on this complaint. Plaintiff Gill was forced to plea guilty (under duress) To disorderly conduct. At no time did Plaintiffs' or any resident of 2362 Atlantic Av. PH Brooklyn, N.Y. 11233, ever enter into any agreement of a land lord/ tenant relationship with Silver Investors Inc. or any other defendant of this complaint. At no time has defendant Silver Investors Inc. (et. al.) owned or resided at 2362 Atlantic Ave. in Brooklyn, New York. Additionally, an "order of protection" was executed against Plaintiff Gill barring contact with defendants Moshe Khan and Walter Chaim . (Refer to Exhibits A & D)

8. On May 20, 2015 approximately 3:00 p.m. Walter Chaim (AKA Joseph) came again to Plaintiffs' home – along with a "middle eastern" looking man and a Negro native american who plaintiff Gill found out was from the shelter. Defendant, Walter Chaim and others, started kicking the door and punched out the window of the entrance door, yelling "get out!! or police are going to take you out!!"
(Refer to Exhibit H). Walter Chaim also claimed one of the 2 unknown assailants was from "the bank who owned the house" and offered plaintiffs money to enter. Plaintiff Gill told defendant Chaim "you or no bank own this house, leave me alone!!"
Defendant Walter Chaim made a phone call and minutes later, N.Y.P.D. and F.D.N.Y./EMS arrived and forcibly entered Plaintiffs' residence. Plaintiff Sierra Whitley was kidnapped and forcibly medicated at Interfaith Medical Center for 17 days because she "refused to open the door" (refer to Exhibit C).
Police officers Dolan and Pachua of the 73rd Precinct ordered Plaintiff Kevin Gill (under threat

of arrest) to "Stay outside" while defendant Walter Chaim and the two unknown men stood, entered, and scoped out his home for over 10 minutes. At no time did any owner, resident, or caretaker of 2362 Atlantic Av. PH of Brooklyn, New York 11233 enter into any agreement with any bank or any bank agent representing themselves or Silver Investors Inc., et. Al.

9. On or around November 14, 2015, Silver Investors Inc., with intent to defraud and dispossess the true owners of 2362 Atlantic Ave. of Brooklyn N.Y., and without permission changed the "Record of owner" and associated utilities from Cyril Bridgewater to Silver Investors Inc. (refer to exhibit D).

10. On December 16, 2015, approximately 5:30 pm, There was a banging on plaintiffs' entrance door, alarming the occupants. When plaintiffs' answered their door they encountered Walter Chaim; accompanied by two strange Hasidic Jew (John Does #2-3) men. Walter Chaim claimed the men were "the owners of the house" and then offered plaintiffs ten thousand dollars (10,000 U.S.) for their home. After being refused, the three then offered Plaintiffs $60 to "look inside" plaintiffs' home. Plaintiffs' again refused. Plaintiff Kevin Gill told defendants to leave him and his family alone and advised the 3 conspirators of his rights as a Native American and a U.S. Citizen. At no time did plaintiffs' enter into any contract, verbal or written, with Silver Investors, Issac Teittelbaum or any real estate agent, past or present.

11. On Friday December 18, 2016, intending to interfere with plaintiffs life and liberty, defendants Myrko Bazlime and John Doe #1 did bang on plaintiffs door in a manner that startled plaintiffs' and their children. When Plaintiff Kevin Gill answered his door he was told by defendants "we can do this the hard way or the easy way; we can call police or we can give you money, and even

place to stay." Once again plaintiffs' asked to be left alone. At no time did plaintiffs enter into any contract with Myrko Bazlime, John Does, Silver Investors Inc., or anyone else; known or unknown.

12. On January 21, 2016, with the intent to interfere With plaintiffs' pursuit of happiness, Myrko Bazlime and John Doe #1 banged unusually hard on plaintiffs door. Plaintiffs Whitley immediately began to get hysterical exclaiming "I am calling the police!!" When plaintiffs' look out their window they saw Myrko and John Doe #1, both yelling "open the door, so we can take pictures!!" When defendants called out yelling, plaintiff Gill opened his door, and defendants ran to their car. Plaintiffs Gill then walked to Defendant Myrko Bazlime's car to record the license plate number, then walked back to his home. While looking out the window, plaintiffs Whitley saw a police cruiser turn onto Atlantic Av. and told Plaintiff Gill, who then went back outside to make a complaint with N.Y.P.D.. When Plaintiff Gill attempted to complain about the harassment, he was attacked with pepper spray by Officer Booker of the 73rd Precinct, slammed into his front gate and handcuffed he. Minutes later Walter Chaim showed up with more police officers from the 73rd precinct. Along with defendants present, officers from the 73rd precinct, once again broke into and illegally entered 2362 Atlantic Av. Of Brooklyn, New York- terrifying the occupants and causing property damage (refer to exhibit E ). With the permission of the N.Y.P.D., defendants Bazlime, Walter Chaim and John Doe #1 entered plaintiffs' residence to scope and "take pictures" of plaintiffs' property. Plaintiff Whitley was forced by officers from the 73rd precinct to show "papers". She was also forced by police officer Zhane and defendants present to give Plaintiff Gill's phone number to

defendant Chaim (AKA Joseph), in order to "do business". Plaintiff Gill was again arrested without a warrant or probable cause and charged with menacing and resisting arrest. Additionally, an "order of protection" was executed against plaintiff Gill barring contact with defendant Bazlime. (refer to exhibits E and F).

13. On January 27, 2016 at approximately 7:00 pm, defendant Walter Chaim (AKA Joseph) called plaintiffs' phone. Plaintiff Gill answered and told Joseph he was not interested in selling his family's land and house. Plaintiff Gill told Joseph to stop harassing him and his family. Gill also explained to Joseph his (Kevin Gill) rights to be left alone – being a Native American and U.S. Citizen.

14. On or around February 18, Plaintiff Gill and Sierra Whitley attempted to both file criminal reports concerning the ongoing stalking and harassment. Only Gill was allowed to filed a report.

15. On or around February 1, 2016, defendants Silver Investors Inc, Issac Teitelbaum and Balsamo & Rosenblatt, acting in concert with the intent to defraud and disposess Plaintiffs' of their home and property, did execute or attempt to execute a land lord/ tenant action in Civil Court (refer to exhibit G). Furthermore, defendants have sent countless post cards and petitions to Plaintiffs' address and attempted to entrap the residents of 2362 Atlantic Av. PH of Brooklyn, New York - with false documents claiming plaintiffs have/had an oral agreement to give Silver Investors money for their rights to reside in their own home.

16. On or around March 6, 2016, Defendant Chaim once again called Plaintiffs' phone. Plaintiffs asked defendant Chaim to stop calling and to be left alone. At no time did plaintiffs enter into any contractual or oral agreement with Silver Investors Inc., Issac Teitelbaum, Moshe Khan, Walter Chaim,

Myrko Bazlime or John Does #1-4. At no time did plaintiffs' ever discuss rent out of, use of, or selling of Real Property.

17. On or around March 8, 2016 approximately 11:30 am. Walter Chaim and Moshe Khan, along with 2 Negros and 1 hispanic males from the nearby homeless shelter - Began kicking and banging on plaintiffs front door. Startling plaintiff and alarming his aunt. Plaintiff Gill opened his window and saw Walter Chaim, who was holding up money and yelling "I can give you money to let me in." Plaintiff Gill called the 73rd precinct who arrived in a squad car marked 3056. Defendants Moshe Khan and Walter Chaim immediately ran to the 2 officers (1 negro male and 1 Mediterranean male) saying. "they broke into my house!!" The Negro officer told Gill to open the door. Gill refused and asked that the 2 defendants and the men from the shelter (2402 Atlantic av.) be charged with stalking and harassment. The Negro officer refused, claiming "its their house, you don't have no rights." The officers also declined defendants request to "break in." Plaintiff Gill speaking from the window told Defendants Walter Chaim and Moshe Khan "this is not your house, the judge ordered you to stay away from me" Gill then asked the "shelter men" if they "got payed?" The "shelter men" confirmed they were "hired help" (refer to exhibit H). The "shelter men" dispersed and then the police officers left in car 3056. Defendants Chaim and Khan went to their car which was parked on Atlantic av.

18. Awhile later, around 12:30 pm, defendant Myrko Blazime and John Doe #1 came to Plaintiffs residence and began kicking on the front door and yelling "open the door!! or we calling the police to open it up!!" Plaintiff Gill once again called the police. Two different officers showed up in a car marked 3056. Again, defendants ran to the squad car

pleading to the officers to break into plaintiff's residence. The officers declined and left after several minutes. Defendant Bazlime then went back to plaintiffs' residence screaming he was going to "take your house from you" referring to plaintiffs residence.

19. On March 18, 2016 approximately 9:30 am., a negro man dressed in a black pants white shirt and hat marked "ISSM" tried to push in the entrance door of 2362 Atlantic Av. PH. The man stated his named was Eric Davis. Two hours later Walter Chaim and two other men (1 cacaucasain and 1 hispanic) kicked the door in. While Eric Davis held plaintiff Gill, the hispanic male punched Kevin Gill in the face several times while the unidentified Caucasian man took pictures of Plaintiffs residence. Officers Samuel and Aiken of the 73 precinct responded and entered to witness plaintiff in distress and being held. Plaintiff Gill told the officers the defendants and the other men broke into and entered his home. The two negro female officers told the defendants Eric Davis and Moshe Khan that it was illegal to come "bust in" without a sheriff. Officer Samuel then told Gill to stop acting hysterical, "they only want to take pictures!!" said P.O.M Samuel, adding " if you don't stop acting up i going to get they psyche ward to commit you." When Gill told officer Samuel again that his home had been broken into and he had been assaulted, he was asked for identification. Gill ran upstairs to retrieve his I.D. When he returned downstairs the Police officers refused to make an "incident report" and left.

20. Because of the constant stalking and harassment by defendants and/or their hired help, Plaintiff's family members and friends are now terrified to visit him and he is terrified to live in his own home. He is also afraid of going out for fear of being locked out his home.

21. On several occasions plaintiffs have tried to make a complaint with the Precinct and officers, but was told by everyone representing N.Y.P.D. that they

did not have any rights because they were tenants- including the dates of February 18 and March 31 of 2016 where plaintiffs spoke to P.O.M. Sargis, desk SGT. Wilson and P.O.M. Shane.

22. That each and every individual involved in the events described herein knew their actions were illegal and the Plaintiff has residential and ownership rights, and had a realistic opportunity to intervene to prevent the harm detailed above from occurring.

23. Nonetheless, defendants did absolutely nothing to discourage and prevent the harm detailed above from occurring and failed to intervene.

24. As a result of the aforementioned actions by defendants, plaintiff suffered and continue to suffer emotional distress, fear, assault, involuntary psychiatric commitment, arrest, incarceration, embarrassment, humiliation, shock, forced medication, loss of liberty, loss of rights to familial association, wages and financial loses, pain and damage, damages to reputation, and property damage.

**FIRST CAUSE OF ACTION: FRAUD**

25. By this reference Plaintiffs incorporate each and every allegation and averment set fourth in paragraphs 1 through 24 of this complaint though fully set fourth herein.

26. Defendant Silver Investors Inc. acting through Walter Chaim, Moshe Khan, Issac Teitelbaum, Myrko Bazlime and Does have knowingly suggested they were the owners, possessor's, and landlords of Plaintiffs real property. In order to disposess plaintiffs' of their property- defendants have told police officers from the 73rd precinct – that plaintiffs 'broke into their house', and at other times that plaintiffs' were tenants. With fraudulent paperwork and misrepresentation, defendants have, with the "authority" of N.Y.P.D., F.D.P.D., E.M.S., I.S.S.M., forcibly entered plaintiffs home

several times. (refer to exhibit H) Being a relative of Cyril Bridgewater, Plaintiff Gill was given the keys to 2362 Atlantic Av. PH - on or around November 2006. Since that time he has made repairs to the property, altered the property to kept out strangers, cleaned debris inside of, in front of, and back of property, tilled and cultivated the land, reaped and sowed, improved property value, stored other property, collected mail and enjoyed his home without incidence or complaint. More important, Plaintiff Gill has possessed this property exclusively and uninterrupted. At times allowing family members to spend time there. Nevertheless, at no time has any family member claimed rights to or sold, became a tenant of Silver Investors Inc. Et. Al., or talked business in any form. (Refer to Adjoining Affidavit)

27. At this present time The City of New York and The Department of Finance is pursuing 525 open investigations involving 671 properties, mostly in Kings and Queens County according to a City Council hearing. The thefts involve either outright forgery- where homeowners are talked into signing over their property, often on the promise of help with a delinquent mortgage or other financial trouble.

28. Upon information and belief, Silver Investors are "about the business" of unlawfully taking over properties. Some tactics employed are changing locks of the owners, posing as "bank agents", cementing the entrance ways and windows of livable homes, harassing and defrauding squatters, generating fraudulent paperwork, luring unsuspecting home owners and tenants to 141 Livingston St. in order to bind them into a contractual agreement- and using the "authorities" to enforce their confidence schemes.

29. Plaintiffs' long time possession and improving of

property can be attested to by neighbors and other community residents and employees. Notwithstanding, Silvers Investors, misrepresenting themselves as the owners of 2362 Atlantic Ave., PH, has caused plaintiffs' to suffer severe prejudice from most of their neighbors. Residents of the CAMBA shelter-acting in concert with the defendants have even threatened plaintiffs' with "having niggers run up in your house every day!!"

30. By these actions, defendants have deprived plaintiffs' of rights secured by treatise, ordinances, customary international law and norms, custom and usage of a right, and the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, in violation of 42 U.S.C. § 1983.

**SECOND CAUSE OF ACTION: TRESPASS**

31. By this reference, plaintiffs' incorporate each and every allegation and averment set forth in paragraphs 1 through 30 of this complaint as though fully set forth herein.

32. In an effort to disposes plaintiffs' of their property, defendants, acting on their own and at the behest of Silver Investors Inc., defendants have - on several occasions, defendants entered plaintiffs' property, confiscated plaintiffs' property, taken pictures of plaintiffs' property, destroyed plaintiffs' property, attempted to extort plaintiffs', using "hired help" to destroy and break into plaintiffs' property, summoning N.Y.P.D. to accomplish this end;- culminating on March 18th 2016. (Refer to Exhibit I).

33. In light of the foregoing therefore, defendants engaged in a conspiracy that amounted to Assault, Battery and False Imprisonment.

34. As a direct and proximate result of the misconduct and deprivation of rights guaranteed to plaintiffs' detailed above, plaintiffs' sustained the damages hereinbefore stated.

WHEREFORE, plaintiffs' respectfully pray for judgement as follows:

a. For a restraining/protection order barring defendants from contacting plaintiffs' in all areas of people activity.

b. For compensatory damages against all defendants in an amount to be proven at trial;

c. For exemplary and punitive damages against all defendants in an amount to be proven at trial

d. For all cost of plaintiffs' theoretical time spent, preparation and execution of complaint (this includes labor, the cost of copies, notarized affidavits, certified mail, police reports, ink, transportation, ect.)

e. For such other and further relief that the court deems proper.

DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure, Plaintiffs' demand a trial by jury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of MAY, 2016.

Signature of Plaintiffs:

Mailing Address: 2362 Atlantic Av. PH

Brooklyn, N.Y. 11233

Sworn To Before Me
On This 26 Day of, MAY 2016

MELISSA CRUZ
Notary Public - State of New York
No. 01CR6116266
Qualified in Kings County
My Commission Expires Sept. 07, 2016

NOTARY PUBLIC

Telephone Number: 929 392 8750

Criminal Form 2 8/2010

ORI No: NY0230157
Order No:
NYSID No: [illegible]
CJTN No.

At a term of the Criminal Court, County of Kings
at the Courthouse at (address) 120 Schermerhorn St State of New York

Present: Hon. Campanelli,

**ORDER OF PROTECTION**

**Non-Family Offense – C.P.L. 530.13[1]**

**(Not involving victims of domestic violence)**

People of the State of New York

-against-

Kevin Gill

Defendant

Date of Birth: 10/05/70

❑ Youthful Offender (check if applicable)

Part [illegible] Index/Docket No. [illegible]

Indictment No., if any:

Charges: [illegible] et al

(Check one): ❑ Ex parte

❑ Defendant Present in Court

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

---

❑ **TEMPORARY ORDER OF PROTECTION.** Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ❑ recognizance ❑ release on bail ❑ adjournment in contemplation of dismissal].

❑ **ORDER OF PROTECTION.** Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law, **IT IS HEREBY ORDERED** that the above-named defendant observe the following conditions of behavior:

**(Check applicable paragraphs and subparagraphs):**

☑ Stay away from ❑ [name(s) of protected person(s) or witness(es)]: Chaim Walter
and/or from the ❑ home of
❑ school of
❑ business of
❑ place of employment of
❑ other ;

☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: Chaim Walter;

☑ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]: Chaim Walter ;

❑ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: ;

❑ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but no later than [specify date/time]: at:

❑ Specify other conditions defendant must observe for the purposes of protection: ;

**IT IS FURTHER ORDERED** that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ❑ suspended or ❑ revoked (note: final order only), and/or ❑ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes). **NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.**

**IT IS FURTHER ORDERED that this order of protection shall remain in force until and including** [specify date]: 06/15/16, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

**DATED:**

JUDGE/JUSTICE
COURT (COURT SEAL)

❑ Defendant advised in Court of issuance and contents of Order.
❑ Order personally served on Defendant in Court

(Defendant's signature)

❑ **Order to be served by other means [specify]:**
❑ Warrant issued for Defendant
❑ ADDITIONAL SERVICE INFORMATION: [specify]:

**The Criminal Procedure Law provides** that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face penalties authorized by law.

**Federal law requires** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

**It is a federal crime to:**

- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

---

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of family offenses, intimate partners and family and household members and are not entered onto the statewide domestic violence registry. *See* Exec. L. §221-a(1); CPL §§530.11(1), 530.12(1), 530.13.

DEFENDANT

# Prehospital Care Report Summary

FDNY

Date:04/27/2015 Call #:0301 Incident #:0301 Booklet:81684431 Branch: STA38 Time Zone:America/New_York

**Call Information:**

**Disposition:** Treated/Transported
**Unit #:** 58U1 - 58U Tour 1: 2300-0700, Ground-Ambulance **Trip Type:** N/A
**Run Type to Scene:** Emergency
**Incident Facility:**
**Incident Location:** 2362 ATLANTIC AVE - BROOKLYN, NY 11233 (Kings County)
**Incident Type:** Residence (Home)

**Receiving Facility:** 55 - Interfaith Medical Center-St. John's Div. (Hospital) - 1545 Atlantic Avenue - Brooklyn, NY 11213
**Facility Address:** 1545 ATLANTIC AVENUE #K - BROOKLYN, NY 11213
**Destination Type:** N/A
**Dest. Reason:** Mass Casualty
**Registration #** N/A

**Loaded Mileage:** 1.7 (Total Mileage: 1.7)
**Crew Members:** Alix Hyacinthe, EMT Paramedic*(DS)(DH)*; Nicketo Russell, EMT Paramedic*(DOC)*

**Moved to Amb By:** Carried **Transport Position:** Supine **From Amb By:**

**Call Origin:** 911 **Lights/Siren:** Scene / Destination

| | |
|---|---|
| **# Patients Transported In My Unit:** | 1 |
| **# Patients at Scene:** | 1 |
| **Call Received:** | N/A |
| **Dispatched:** | 02:32:00 |
| **En Route:** | 02:32:00 |
| **On Scene:** | 02:38:00 |
| **Patient Contact:** | 02:40:00 |
| **Left Scene:** | 02:45:00 |
| **At Destination:** | 02:51:00 |
| **Transfer of Care:** | N/A |
| **In Service:** | N/A |
| **Time On Scene:** | 7 Min |
| **Time to Destination:** | 19 Min |
| **Total Time of Run:** | N/A Min |

**Patient Information:**

**Name:** PREMATURE INFANT
**Address:** 2362 ATLANTIC AVE - BROOKLYN, NY
**Phone:**
**Email:**
**SSN:** –
**Driver License:**

**DOB:** 04/27/2015
**Gender:** Male
**Age:** 0 Days
**Weight: Broselow:**

**Other Contact Info**
**Name:** **Phone:** **Cell Phone:**
**Relationship:**

**Current Meds:** None **Comments:**
**Env Allergies:** NKA **Comments:**
**Med Allergies:** NKDA **Comments:**
**Patient Physician:**
**Advanced Directives:**
**PMH:**
**Comment:**

**Payer Information:**

**Priority:** Primary **Name:** Self Pay **Type:** **Policy #:** **Group #:**
**Policy Holder:** , , Apt , **Phone:** **DOB:**
**Relationship of Patient to Insured:**

**Clinical:** **Medical Need:**

**Onset Date/Time:** 04/27/15
**Dispatch Reason (EMD):** ARREST ARREST - Cardiac Or Respirtory Arrest

**Chief Complaint:** stillborn obvious death
**Provider Impression:** Cardiac Arrest
**Mechanism of Injury:** NA
**Protocol 1:** **Protocol 2:**

I CERTIFY THAT THIS IS A TRUE COPY OF AN ORIGINAL ... KEPT IN THE NORMAL ...
SIGN: 8W

**Assessments:**

| Time | Employee | Type | Summary |
|---|---|---|---|

# Prehospital Care Report Summary

FDNY

**Date:**05/20/2015 **Call #:**2071 **Incident #:**2071 **Booklet:**81746313 **Branch:** STA44 **Time Zone:**America/New_York

## Call Information:

**Disposition:** Treated/Transported
**Unit #:** 37F2 - 37F Tour 2: 0730-1530, Ground-Ambulance **Trip Type:** N/A
**Run Type to Scene:** Emergency
**Incident Facility:**
**Incident Location:** 2362 ATLANTIC AV - Brooklyn, NY 11233-3312 (Kings County)
**Incident Type:** Residence (Home)

**Receiving Facility:** 55 - Interfaith Medical Center-St. John's Div. (Hospital) - 1545 Atlantic Avenue - Brooklyn, NY 11213
**Facility Address:** 1545 Atlantic Avenue #K - Brooklyn, NY 11213
**Destination Type:** N/A
**Dest. Reason:** Nearest Facility
**Registration #** N/A

**Loaded Mileage:** 1.7 (Total Mileage: 1.7)
**Crew Members:** Jerry Bond, EMT Basic*(DOC)*; Kadeem Douglas, EMT Basic*(DS)(DH)*

**Moved to Amb By:** Chair **Transport Position:** Sitting **From Amb By:**

**Call Origin:** 911 **Lights/Siren:** Scene-Not used / Destination-Not used

**# Patients Transported In My Unit:** 1
**# Patients at Scene:** 1

| | |
|---|---|
| **Call Received:** | 13:40:00 |
| **Dispatched:** | 13:40:00 |
| **En Route:** | 13:40:00 |
| **On Scene:** | 13:51:00 |
| **Patient Contact:** | 14:44:00 |
| **Left Scene:** | 15:20:00 |
| **At Destination:** | 15:33:00 |
| **Transfer of Care:** | N/A |
| **In Service:** | N/A |

| | |
|---|---|
| **Time On Scene:** | 89 Min |
| **Time to Destination:** | 113 Min |
| **Total Time of Run:** | N/A Min |

## Patient Information:

**Name:** SIERRA WHITLEY
**Address:** 2362 ATLANT!C AV - Brooklyn, NY 11213
**Phone:** (347) 775-6411
**Email:**
**SSN:** --
**Driver License:**

**DOB:** 05/14/1985
**Gender:** Female
**Age:** 30 Years
**Weight:** 160.0 lbs, **Broselow:**

**Other Contact Info**
**Name:** **Phone:** **Cell Phone:**
**Relationship:**

**Current Meds:** None **Comments:**
**Env Allergies:** NKA **Comments:**
**Med Allergies:** NKDA **Comments:**
**Patient Physician:**
**Advanced Directives:**
**PMH:**
**Comment:**

## Payer Information:

**Priority:** Primary **Name:** Self Pay **Type:** **Policy #:** **Group #:**
**Policy Holder:** , , Apt , **Phone:** **DOB:**
**Relationship of Patient to Insured:**

## Clinical:

**Medical Need:**

**Onset Date/Time:** 05/20/15 13:40:00
**Dispatch Reason (EMD):** EDP EDP - Psychiatric Patient

**Chief Complaint:** edp
**Provider Impression:** Behavioral Disorder
**Mechanism of Injury:** NA
**Protocol 1:** **Protocol 2:**

I CERTIFY THAT THIS IS A TRUE COPY OF AN ORIGINAL FIRE DEPT. RECORD, KEPT IN THE NORMAL COURSE OF BUSINESS.

SIGN: ________ SW ________

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| | | ABC | **Airway:** Patent<br>**Breathing:** Normal **Quality:** Unlabored **Lung Sounds: Left:** Clear **Lung Sounds: Right:** Clear<br>**Skin Color:** Normal **Skin Temperature:** Normal **Skin Condition:** Normal |
| | | Head To Toe | **Head and Neck:**<br>**Left Eye:** Reactive<br>**Right Eye:** Reactive |
| | | Neurological | **AVPU:** Alert |

**Vitals:**

| Time | Employee | Summary |
|---|---|---|
| 14:48:00 | Bond, Jerry | **BP:** 126/ 66<br>**Pulse:** 90<br>**Resp:** 20 |
| 15:00:00 | Bond, Jerry | **BP:** 126/ 66<br>**Pulse:** 92<br>**Resp:** 20 |

**Treatments/Medications:**

| Time | Employee | Summary |
|---|---|---|
| 14:44:00 | Bond, Jerry | **Treatment- 1 - BLS Assessment**<br>**Attempts:** N/A **Success:** Yes<br>**Level:** BLS |

**Supply**

**Qty Supply**

**FlexFields:**

| FlexField | Value |
|---|---|
| Payer 1 - Is the patient's illness or injury job-related? | No |
| 14:44 1 - BLS Assessment - Medication Complication | None |

I CERTIFY THAT THIS IS A TRUE COPY OF AN ORIGINAL FIRE DEPT. RECORD, KEPT IN THE NORMAL COURSE OF BUSINESS.

SIGN: ____________

**Narrative History Text:**

30 YEAR OLD FEMALE FOUND STANDING IN HOME BEHIND A LOCKED DOOR ARMED WITH A STICK REFUSEING TO OPEN IT AND TALK TO THE POLICE .PT APPEAR TO BE IN NO PHYSICAL DISTRESS.PT DENIES BEING PREGNANT.NO SIGNS OF INJURY.PT TRANSPORTED TO THE HOSPITAL ESCORTED BY NYPD OFFICER.TRANSPORT UNEVENTFUL.

**Auth Signature:** No **Privacy Sig:** No **Unable to Sign:** No **Refused to Sign:** Yes

**Signature Image(s):**

Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature - m seym - 05/20/2015 15:52

Technician Signature - Bond, Jerry - 05/20/2015 15:48

**NYC Finance**

November 14, 2015

BRIDGEWATER, CYRIL
2362 ATLANTIC AVENUE
BROOKLYN, NY 11233

RE: Borough: Brooklyn Block: 1436 Lot: 22 Recorded On: 11/13/2015

Dear Property Owner,

Recently, the document(s) described below was recorded against the above-referenced Borough, Block and Lot with the New York City Department of Finance/Office of the City Register.

You are receiving this notice because the Department of Finance records indicate you were the owner of this property.

| Borough | Block | Lot | City Register File Number | Document Type |
|---|---|---|---|---|
| Brooklyn | 1436 | 22 | 2015000403946 | DEED |

**If you are already aware of the recorded document and there are no problems with it; no action is required on your part.**

If you are not aware of the recorded document, please call the Sheriff's department at 718-610-4426 for further guidance.

You may view or obtain a copy of the document by visiting www.nyc.gov/acris <http://www.nyc.gov/acris>.

Sincerely,

New York City Department of Finance / Office of the City Register

New York City Department of Finance

**Office of the City Register**

HELP

Selecting a help option will open new window

**DOCUMENT ID:** 2015110900748001

[Main Options] [Search Results] [Document Details] [Show Supporting Documents] [Show Tax Returns] [Print Document]

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2015110900748001001E6B9B

**RECORDING AND ENDORSEMENT COVER PAGE** — **PAGE 1 OF 4**

**Document ID:** 2015110900748001 — Document Date: 10-30-2015 — Preparation Date: 11-09-2015

Document Type: DEED

Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| TRISTONE LAND SERVICES<br>266 BROADWAY, SUITE 503<br>BROOKLYN, NY 11211 | TRISTONE LAND SERVICES<br>266 BROADWAY, SUITE 503<br>BROOKLYN, NY 11211 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1436 | 22 | Entire Lot | 2362 ATLANTIC AVENUE |

**Property Type:** 1-3 FAMILY WITH STORE / OFFICE

**CROSS REFERENCE DATA**

CRFN______ *or* DocumentID________ *or* ______ Year____ Reel___ Page____ *or* File Number_________

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| CYRIL BRIDGEWATER<br>218 EAST 53RD STREET, APT 2R<br>BROOKLYN, NY 11203 | SILVER INVESTORS, INC.<br>284 HOOPER STREET, 1ST FLOOR<br>BROOKLYN, NY 11211 |

**FEES AND TAXES**

**Mortgage :**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 52.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 250.00 |
| NYC Real Property Transfer Tax: | $ | 3,291.75 |
| NYS Real Estate Transfer Tax: | $ | 924.00 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 11-13-2015 11:56

City Register File No.(CRFN): 2015000403946

*City Register Official Signature*

BHMC PHYSICIANS SERVICES
101-01 AVENUE D
BROOKLYN, NY 11236-1902

DO NOT SEND CASH OR CREDIT CARD INFORMATION WITH THIS FORM.

To pay by credit card, please call our office.

O01104
O101

34035

| STATEMENT DATE | PATIENT ACCOUNT # | QUICKPAY CODE |
|---|---|---|
| 01/22/2016 | 135306A5853 | FDVYWWKZDGW17J |

| PAY THIS AMOUNT BY CHECK | SHOW AMOUNT PAID HERE |
|---|---|
| 83.92 | $ |

652888D IPC

PAGE: 1 of 1

KEVIN GILL
2362 ATLANTIC AVE PVT
PVT.
BROOKLYN, NY 11233-3312

BROOKDALE HOSPITAL MEDICAL CENTER
ATTN # 11676M
PO BOX 14000
BELFAST, ME 04915-4033

☐ Please check box if address or name is incorrect, OR if insurance information has changed, and indicate change(s) on reverse side. PLEASE NOTE: This box MUST be checked for changes to occur.

34035*TJQ0LLV6I000917

STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

MAKE CHECKS PAYABLE TO:
BROOKDALE HOSPITAL MEDICAL CENTER
ATTN # 11676M
PO BOX 14000
BELFAST, ME 04915-4033

FOR ACCOUNT QUESTIONS CALL:
718-895-5469
DUE DATE: 02/09/2016
PAGE: 1 of 1

| DATE | DESCRIPTION | CHGS/CREDITS | OUTSTANDING |
|---|---|---|---|
| PATIENT: | KEVIN GILL | | |
| 01/21/2016 | X-RAY EXAM OF SHOULDER<br>PROVIDER: ERIC MINKIN<br>PATIENT BALANCE DUE - | $ 11.77 | $ 11.77 |
| 01/21/2016 | EMERGENCY DEPT VISIT<br>PROVIDER: NIGEL ALVES<br>PATIENT BALANCE DUE - | $ 72.15 | $ 72.15 |

THANK YOU FOR YOUR PROMPT PAYMENT.

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | CURRENT BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 83.92 | 0.00 | 0.00 | 0.00 | 0.00 | 83.92 | 0.00 | 83.92 |

ORI No: NY023033J
Order No: ____________
NYSID No: 06441539M
CJTN No: ____________

Criminal Form: 2 8/2010

At a term of the New York City Criminal Court, Kings County Branch, County of Kings, at the Courthouse at 120 Schermerhorn Street, Brooklyn, NY 11201, State of New York

PRESENT: Hon. Johnson

**ORDER OF PROTECTION**
**Non-Family Offense - C.P.L. 530.13**[1]
**(Not involving victims of domestic violence)**
☐ Youthful Offender (check if applicable)
Part: AP2C Case No.: 2016KN004076

**PEOPLE OF THE STATE OF NEW YORK**
**- against -**
**KEVIN GILL ,**
**Defendant**

**Charges: PL 120.14 01 AM Menacing-2nd:Weapon, PL 265.01 01 AM Crim Poss Weap-4th:Firearm/Wep**

DOB: 10/05/1970

[Check box]: ☐ Ex Parte ☒ Defendant Present In Court

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN *CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.***

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of: ☐ recognizance ☒ release on bail ☐ adjournment in contemplation of dismissal]
☐ ~~ORDER OF PROTECTION - Whereas defendant has been convicted of [specify crime or violation]:~~

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

**IT IS HEREBY ORDERED** that the above-named defendant KEVIN GILL (DOB: 10/05/1970) observe the following conditions of behavior: [Check applicable paragraphs and subparagraphs]:

☒ Stay away from ☒ MYRKO BAZLIME;

☒ the home of MYRKO BAZLIME;

☒ the school of MYRKO BAZLIME;

☒ the business of MYRKO BAZLIME;

☒ the place of employment of MYRKO BAZLIME;

☐ other ____________________________________________;

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with MYRKO BAZLIME;

☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims of , or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named MYRKO BAZLIME;

☐ ~~Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s))[specify type(s) and, if~~ available, name(s)]: ____________________________________________;

☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: ANY AND ALL and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than IMMEDIATELY at LOCAL POLICE PRECINCT;

☒ Specify other conditions defendant must observe for the purposes of protection: NO THIRD PARTY CONTACT WITH MYRKO BAZLIME;

**IT IS FURTHER ORDERED** that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☒ suspended or ☐ revoked (note: final order only), and/or ☒ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes).**NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220**

**IT IS FURTHER ORDERED that this order of protection shall remain in force until and including** (specify date) 7/28/16, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

DATED: 1/22/16

JUDGE / JUSTICE

☒ Defendant advised in Court of issuance and contents of Order.

☐ **Order to be served by other means [specify]:** ____________

☐ Warrant issued for Defendant

☐ Order personally served on Defendant in Court ____________ (Defendant's signature)

☐ ADDITIONAL SERVICE INFORMATION [specify]: ____________

**The Criminal Procedure Law** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face penalties authorized by law.

**Federal law requires** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).

**It is a federal crime to:**
- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of family offenses, intimate partners and family and household member and are not entered onto the statewide domestic violence registry. See Exec. L. §221-a(1); CPL §§530.11(1), 530.12(1), 530.13.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS : HOUSING PART

File#: 0067799 6

---

SILVER INVESTORS INC. Petitioner

Against

KEVIN GILL
JOHN DOE
JANE DOE
2362 ATLANTIC AVENUE Apt: 1
BROOKLYN NY 11233-

"John Doe" & "Jane Doe" Respondent/Undertenant

Respondent Occupants

L&T Index # 55287

NOTICE OF PETITION HOLDOVER

---

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming possession thereof:

PLEASE TAKE NOTICE that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of KINGS at 141 Livingston Street Brooklyn, N.Y. 11201 part F County of KINGS City and State of New York, on February 19, 2016 at 9:30 O'clock in the forenoon of that day, on the annexed petition of SILVER INVESTORS INC. verified February 3, 2016 which prays for a final judgment of eviction, awarding to the Petitioner the possession of premises described as follows: ALL ROOMS Apt: 1 in the premises known as and located at 2362 ATLANTIC AVENUE , BROOKLYN NY County of KINGS in the City of New York, as demanded in the petition, which you must answer. Rm-612

TAKE NOTICE that your answer may set forth and defense or counterclaim you may have against the petitioner.

TAKE NOTICE also that your answer may be made at the time of hearing specified above unless this Notice of Petition is served upon you on or before February 19, 2016 , in which event you must answer at least THREE DAYS before the petition is noticed to be heard, either orally before the Clerk of the Court at his office or in writing by serving a copy thereof upon the undersigned attorney for the petitioner, and by filing the original of such written answer with proof of service thereof in the office of the Clerk at least THREE DAYS before the time the petition is noticed to be heard; in addition thereto, you must appear before the court at the time and place hereinabove set forth for the hearing.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: Commercial PART

File#: 0067797

SILVER INVESTORS INC. Petitioner

Against

KEVIN GILL Respondent
JOHN DOE Occupants
JANE DOE
2362 ATLANTIC AVENUE Apt: COMMERCIAL
BROOKLYN NY 11233-
"John Doe" & "Jane Doe" Respondent/Undertenant

L&T Index # 55290

**NOTICE OF PETITION HOLDOVER**

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming possession thereof:

PLEASE TAKE NOTICE that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of KINGS at 141 Livingston Street Brooklyn, N.Y. 11201 part 52 County of KINGS City and State of New York, on February 19, 2016 at 10:00 O'clock in the forenoon of that day, on the annexed petition of SILVER INVESTORS INC. verified February 3, 2016 which prays for a final judgment of eviction, awarding to the Petitioner the possession of premises described as follows: ALL ROOMS Apt: COMMERCIAL in the premises known as and located at 2362 ATLANTIC AVENUE , BROOKLYN NY County of KINGS in the City of New York, as demanded in the petition, which you must answer.

Rm-603

TAKE NOTICE that your answer may set forth and defense or counterclaim you may have against the petitioner.

TAKE NOTICE also that your answer may be made at the time of hearing specified above unless this Notice of Petition is served upon you on or before February 19, 2016 , in which event you must answer at least THREE DAYS before the petition is noticed to be heard, either orally before the Clerk of the Court at his office or in writing by serving a copy thereof upon the undersigned attorney for the petitioner, and by filing the original of such written answer with proof of service thereof in the office of the Clerk at least THREE DAYS before the time the petition is noticed to be heard; in addition thereto, you must appear before the court at the time and place hereinabove set forth for the hearing.


Floor
5/20/15
Broken
window
plate



FL: 1/21/16



1/21/16



11/21/16


01/21


3/18/16


3/18/16




3/18/16



# AFFIDAVIT OF ADVERSE POSSESSION
(color of title)

STATE OF NEW YORK )
) ss.
COUNTY OF KINGS )

BEFORE ME, the undersigned authority, on this day personally appeared ______________________________ Affiant,
who, being by me duly sworn, made the following statements and swore that they were true:

"My name is Kevin Bryan Gill and I reside in 2362 Atlantic Avenue Brooklyn NY 11233 in Kings County, New York.

I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts herein stated concerning the open use, open occupation and apparent ownership of the land and improvements located at:

**Legal Description:** BLK 1436 LOT 22 more commonly known as 2362 Atlantic Avenue PH, Brooklyn, NY 11233

I hereby swear and affirm that i have continuously and adversely possessed the above described property since November 16, 2006 to the exclusion of all others.

My claim is based upon my actual and visible appropriation and possession of the above mentioned property. Hereby being open and notorious, and peaceably possessing it due to abandonment. I have performed duties such as tilled the land, cultivated produce, kept out strangers, removed rubbish and garbage, collected mail, improving and doing all acts possible and necessary in the maintenance of the said property. Also whereby I intend to continue toenjoy and make further improvements because this is my personal dwelling by adverse possession. I am the owner of all personal property, chattels and fixtures attached to, appurtenant to or used in the operation of said premises without claim of any kind.

I further aver that my possession of this real property has at all times been with color of title uninterrupted and continuous; open and notorious; and hostile and adverse to all others and exclusive of the right or claim of and person or corporation. At no time have I made any agreement, verbal or contractual, with any documented or alleged owner, possessor or agent of said premises.

Recently, on or around November 1, 2015 an action was recorded against the the property. It is my knowledge by circumstances that the action recorded was executed by deceit and intentional misrepresentation. (see attached document)

This Affidavit is given to dispute and refute anyone or corporation claiming ownership or use of said
property peaceably."

______________________ Affiant

SUBSCRIBED AND SWORN TO BEFORE ME by the above-named Affiant on 23rd March 2016, to certify which witness my hand and official seal.

______________________ Notary Public

LAUREL ELIZABETH GREENWOOD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-G[illegible]4556
Qualified In Kings [illegible] Queens County
Commission Expires February 05, 2019